■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR AYALA, Appellant. [789 NYS2d 439]—Appeal by the defendant from a judgment of the County Court, Nassau County (LaPera, J.), rendered February 21, 2001, convicting him of murder in the second degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to prove his identity as the shooter by legally sufficient evidence is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it

was legally sufficient to establish the defendant's identity as the shooter beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions are unpreserved for appellate review (*see* CPL 470.05 [2]), without merit, or do not require reversal. Goldstein, J.P., Luciano, Crane and Spolzino, JJ., concur.